UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v.-<br><br>EDWARD PEREZ,<br>                    Defendant. | 23 Cr. 203 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

The Court has been informed that Defendant Edward Perez may wish to enter a change of plea. Accordingly, on **October 3, 2024** at **10:30 a.m.**, a plea proceeding will take place in Courtroom 12B, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: September 20, 2024
       New York, New York

_____
JENNIFER H. REARDEN
United States District Judge