## KELLEY J. SHARKEY
**Attorney at Law**

26 Court Street - Suite 2103
Brooklyn, New York 11242
Tel: (917) 796 - 3352
Fax: (718) 875-0053

October 23, 2024
*Filed ECF*

The Honorable Jennifer H. Rearden
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Upon consideration of the instant application, filed on November 6, 2024, the Court appoints Ms. Sharkey as CJA counsel, *nunc pro tunc*, for the period June 29, 2023 through September 17, 2024.
>
> The Clerk of Court is directed to terminate ECF No. 66.
>
> SO ORDERED.
>
> *Jennifer H. Rearden*
> Jennifer H. Rearden, U.S.D.J.
> Date: November 7, 2024

Re: *United States v. Edward Perez*
23-cr-203 (JHR)

Dear Judge Rearden:

The case of Edward Perez is currently pending before the Court. I am a member of the Criminal Justice Act Panel and I began working on the case June 29, 2023.

I assisted Karloff Commssiong who was the first attorney on the case.

I am asking to assign me for CJA counsel for Mr. Perez non pro tunc as of June 29, 2023.

I thank for your consideration in this matter
Respectfully submitted,

/s/ Kelley Sharkey
Kelley Sharkey
*Counsel for Edward Perez*