# KARLOFF C. COMMISSIONG, ESQ.

ATTORNEY AT LAW
405 LEXINGTON AVENUE
9TH FLOOR
NEW YORK, NY 10174

January 13, 2025

**VIA E.C.F. AND ELECTRONIC MAIL**

Hon. Jennifer H. Rearden
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: <u>United States v. Edward Perez</u>, 23 Cr. 203 (JHR) – Letter to Court regarding Adjournment of Sentencing

Dear Judge Rearden:

With the consent of the government, I write to request an adjournment of the sentencing scheduled for January 29, 2025, at 11:30am, to either March 31, 2025, or April 1, 2025. Mr. Perez pled guilty on October 3, 2024, to participation in a criminal enterprise through a pattern of racketeering activity, in violation of 18 U.S.C. §1962(d). His pre-sentencing interview and final pre-sentence report have been completed. The additional time will allow counsel to obtain other necessary information with respect to Mr. Perez's history and background for presentation to the Court in connection with sentencing. See 18 U.S.C. §3661 (No limitation shall be placed on the information concerning the background, character, and conduct of a person convicted of an offense which a court of the United States may receive and consider for the purpose of imposing an appropriate sentence.) This is counsel's first request for an adjournment of sentencing. Accordingly, I request an adjournment of sentencing to either March 31, 2025, or April 1, 2025.

Respectfully Submitted,

*Karloff C. Commissiong*

Karloff C. Commissiong, Esq.

Application GRANTED. Defendant Edward Perez's sentencing is adjourned to **April 1, 2025** at **12:15 p.m.** The hearing will be held in Courtroom 12B of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007. Defendant's sentencing submission shall be filed by **March 11, 2025**. The Government's sentencing submission shall be filed by **March 18, 2025**.

The Clerk of Court is directed to terminate ECF Nos. 79 and 80.

SO ORDERED.

*Jennifer H. Rearden*

Jennifer H. Rearden, U.S.D.J.
Dated: January 14, 2025