UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　-v-<br><br>EDWARD PEREZ,<br><br>　　　　　Defendant. | 23-cr-203-2 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

The above-captioned case was reassigned from Judge Rearden after defendant's sentencing. In connection with defendant's appeal of the sentence imposed by Judge Rearden, his counsel requested that certain documents maintained under seal that relate to Perez be supplied to him for the purposes of the appeal. After consultation with Judge Rearden, that motion is granted.

　　　SO ORDERED.

Dated:　　New York, NY
　　　　　May 6, 2026

　　　　　　　　　　　　　　　　JED S. RAKOFF, U.S.D.J.

1